UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADA EVANISH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL ENGLANDER, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-07607-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 19 |

　　　　The parties filed a notice of settlement advising the Court that the above captioned matter has settled.  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar.  If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

　　　　**IT IS SO ORDERED**.

Dated: July 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge